**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 22 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARION KILER, individually and as the representative of a class of similarly situated persons,<br><br>           Plaintiff,<br>v.<br><br>NOOM, INC.,<br><br>           Defendant. | Case No. 19-cv-00522-NG-JO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Marion Kiler and defendant, Noom, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

IT IS FURTHER STIPULATED AND AGREED that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

IT IS FURTHER STIPULATED AND AGREED that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

IT IS FURTHER STIPULATED AND AGREED that facsimile and electronically-transmitted signatures on this Stipulation shall be deemed originals for all purposes, including filing with the Court.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

| | |
|---|---|
| Dated: April 11, 2019<br>Brooklyn, New York | Dated: April 11, 2019<br>New York, New York |
| SHAKED LAW GROUP, P.C.<br>44 Court Street, Suite 1217<br>Brooklyn, NY 11201<br>(917) 373-9128<br>*Attorney for Plaintiff* | LAW OFFICE OF JAMES JANTARASAMI<br>340 Madison Avenue, 19th Fl.<br>New York, NY 10173<br>Tel: (212) 220-9247<br>*Attorney for Defendant* |
| By:  /s/ Dan Shaked<br>      Dan Shaked (DS-3331) | By:  /s/ James Jantarasami<br>      James Jantarasami |

SO ORDERED:

Dated: 4-17-19   /s/ Nina Gershon